UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 4:98CR31-SNL |
| JANET BRANDON, | ) ) ) |
| Defendant. | ) ) |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing of Ms. Brandon is **RESET** to February 2, 1999 at 1:00 p.m. in Courtroom 3A.

Dated this 14th Day of January, 1999.

_____
UNITED STATES DISTRICT JUDGE

FILED
JAN 14 1999
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED AND FAXED TO THE FOLLOWING
INDIVIDUALS ON 01/14/99 by bkirklan
        4:98cr31     USA vs Brandon

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES MARSHALS, UNITED STATES PROBATION OFFICE AND UNITED
STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:     3 Certified Copies to USM
               2 Certified Copies to USP
               1 Certified Copy to BOP

Richard Hereford -   62288        Fax: 314-241-1038
Thomas Mehan -       12736        Fax: 314-539-6844
C. Pleban -           4066        Fax: 314-241-1038
Kurt Schultz -       32322        Fax: 314-436-9102

☐E

SCANNED & FAXED BY:

JAN 1 4 1999

K. M. E.