# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

**FILED**

MAR - 2 2000

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | No.  4:98CR31-SNL |
| | ) | |
| **JANET BRANDON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Clerk shall cause to be prepared a transcript of the sentencing in this case, and forward it to defendant at her address at FMC Carswell, Unit One South, P.O. Box 27066, Fort Worth, Texas 76127.

Dated this 2 day of March, 2000.

_____
SENIOR UNITED STATES DISTRICT JUDGE

75

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 03/02/00 by lholwitt
                     4:98cr31     USA vs Brandon


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:        4 Certified Copies to USM
                  2 Certified Copies to USP
                  1 Copy to Financial
                  1 Copy to O.S.U.

Richard Hereford -  62288          Fax: 314-725-8006
Thomas Mehan -  12736              Fax: 314-539-7695
C. Pleban -  4066                  Fax: 314-241-1038
Kurt Schultz -  32322              Fax: 970-479-6392

Carleen Horenkamp — Court Reporter

SCANNED & FAXED BY:
MAR - 2 2000
C. D. D.