UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 3 1 2000
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 4:98CR31-SNL |
| JANET BRANDON, ) | |
| Defendant. ) | |

## ORDER

Defendant was sentenced by this Court February 2, 1999. There is no further action in the case except the forwarding by the Clerk of certain court records to defendant.

Defendant now requests on August 22, 2000 that the Court appoint a Federal Public Defender to represent her.

**IT IS THEREFORE ORDERED** that defendant's request for appointment of counsel is **DENIED** as there are no matters pending requiring the need for an attorney, and as the defendant has not followed the proper procedure to suggest *in forma pauperis* status.

Dated this 31st day of August, 2000.

SENIOR UNITED STATES DISTRICT JUDGE

79

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 09/01/00 by lholwitt
4:98cr31    USA vs Brandon

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE. IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE FOLLOWING:
    4 Certified Copies to USM
    2 Certified Copies to USP
    1 Copy to Financial
    1 Copy to O.S.U.

Janet Brandon -
#24801-044
FMC-CARSWELL
P.O. Box 27137
Fort Worth, TX   76127

| | |
|---|---|
| Richard Hereford -   62288 | Fax: 314-725-8006 |
| Thomas Mehan -   12736 | Fax: 314-539-7695 |
| C. Pleban -  4066 | Fax: 314-241-1038 |
| Kurt Schultz -   32322 | Fax: 970-479-6392 |

SCANNED & FAXED BY:

SEP - 1 2000

C. D. D.